UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 P 2:15

UNITED STATES OF AMERICA, )
)
Plaintiff )
)    CRIMINAL NO. 08cr1114-JM
)                08mj0931
vs. )
)    ORDER
Jose De la Cruz Valdez-Osuna )
)    RELEASING MATERIAL WITNESS
)
Defendant(s) )    Booking No. 079602 98
———————————————— )

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Beatriz Pacheco-Franco

DATED: 4/10/08

**William McCurine, Jr.**
————————————————
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ————————————
                    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95