UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 APR 10 P 12:15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose De la Cruz Valdez-Osuna ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1114-JM <br> 08mj0931 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 07900298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gabriela Ruiz Cruz

DATED: 4/10/08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
            Deputy Clerk